# UNITED STATES BANKRUPTCY COURT
NORTHERN ILLINOIS   DISTRICT OF   ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MEIDINGER, EILEEN | § | Case No. 11-30959 JBS |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> Clerk of the U. S. Bankruptcy Court
> 219 South Dearborn
> Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 3/29/12 in Courtroom 682, United States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/22/2012                By: CLERK OF THE U.S. BANKRUPTCY
                                            COURT

CATHERINE STEEGE
353 N. Clark Street
CHICAGO, IL 60654-3456

UNITED STATES BANKRUPTCY COURT
NORTHERN ILLINOIS DISTRICT OF ILLINOIS

In re: §
§
§
MEIDINGER, EILEEN § Case No. 11-30959 JBS
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,500.15 |
| and approved disbursements of | $ | 20.54 |
| leaving a balance on hand of[1] | $ | 3,479.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $  875.04 | $  0.00 | $  875.04 |
| Total to be paid for chapter 7 administrative expenses | | $ | 875.04 |
| Remaining Balance | | $ | 2,604.57 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,714.65 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | Internal Revenue Service Attn: Bankruptcy Department P.O. Box 7346 Philadelphia, PA 19101-7346 | $ 4,714.65 | $ 0.00 | $ 2,604.57 |

| | Total to be paid to priority creditors | | | $ 2,604.57 |
|---|---|---|---|---|
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 61,394.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany OH 43054-3025 | $ 2,798.25 | $ 0.00 | $ 0.00 |
| 000002 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany OH 43054-3025 | $ 6,476.50 | $ 0.00 | $ 0.00 |
| 000003A | Internal Revenue Service Attn: Bankruptcy Department P.O. Box 7346 Philadelphia, PA 19101-7346 | $ 72.18 | $ 0.00 | $ 0.00 |
| 000004 | Fifth Third Bank PO Box 829009 Dallas, TX 75382-9009 | $ 4,418.53 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $ 12,326.10 | $ 0.00 | $ 0.00 |
| 000006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 2,726.48 | $ 0.00 | $ 0.00 |
| 000007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 2,377.04 | $ 0.00 | $ 0.00 |
| 000008 | Fifth Third Bank<br>1830 East Paris Avenue SE<br>MD: RSCB3C<br>Grand Rapids, MI 49546 | $ 30,199.19 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $      0.00

Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                       United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                          Case No. 11-30959-JBS
Eileen Meidinger                                                Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: cgreen              Page 1 of 2         Date Rcvd: Feb 24, 2012
                              Form ID: pdf006           Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2012.
db            Eileen Meidinger,    4204 Clausen Avenue,    Western Springs, IL    60558-1231
17602351     +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
18028718      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17602352     +CBNA,   PO BOX 769006,    SAN ANTONIO, TX 78245-9006
17602354     +CHASE,   PO BOX 15298,    WILMINGTON, DE 19850-5298
17602353    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court:   CHASE,    PO BOX 1093,    NORTHRIDGE, CA 91328)
17602358     +CITI,   PO BOX 6241,    SIOUX FALLS, SD 57117-6241
17602355      Chase,   P.O. Box 9001020,    Louisville, KY 40290-1020
17836135      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
17842079      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17602356      Chase Cardmember Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
17602357     +Chase Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19850-5153
17602361    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court:   Fifth Third Bank,    MD1M0C2G-4050,    38 Foutain Square Plaza,
               Cincinnati, OH 45263)
17919142     +Fifth Third Bank,    1830 East Paris Avenue SE,    MD: RSCB3C,    Grand Rapids, MI 49546-6253
17822932      Fifth Third Bank,    PO Box 829009,    Dallas, TX 75382-9009
17602360      Fifth Third Bank,    P.O. Box 630337,    Cincinnati, OH 45263-0337
17602362     +HSBC/NEIMN,   PO BOX 15221,    WILMINGTON, DE 19850-5221

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17602359     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 25 2012 04:39:55      DISCOVER FIN SVCS LLC,
               PO BOX 15316,    WILMINGTON, DE 19850-5316
17730870      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 25 2012 04:39:55      Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany OH 43054-3025
17602363      E-mail/Text: cio.bncmail@irs.gov Feb 25 2012 02:31:35      Internal Revenue Service,
               Attn: Bankruptcy Department,    P.O. Box 7346,    Philadelphia, PA 19101-7346
17992117     +E-mail/Text: resurgentbknotifications@resurgent.com Feb 25 2012 02:35:59
               PYOD LLC its successors and assigns,    as assignee of Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2012**                      **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: cgreen              Page 2 of 2              Date Rcvd: Feb 24, 2012
                              Form ID: pdf006           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2012 at the address(es) listed below:
          Anna   Kahriman    on behalf of Creditor   Fifth Third Bank akahriman@potestivolaw.com,
           bknotices@potestivolaw.com
          Brian J Tharp    on behalf of Debtor Eileen Meidinger btharp@gundersontharp.com,
           mgunderson@gundersontharp.com
          Catherine L. Steege    csteege@jenner.com,  csteege@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                  TOTAL: 4