UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | |
|---|---|
| In re: § | |
| § | |
| MEIDINGER, EILEEN § | Case No. 11-30959 |
| § | |
| Debtor(s) § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/CATHERINE STEEGE_____
　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Attn: Bankruptcy Department P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| 000003B | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMEX PO BOX 297871 FORT LAUDERDALE, FL 33329 | | | | | |
| | CHASE PO BOX 15298 WILMINGTON, DE 19850 | | | | | |
| | CITI PO BOX 6241 SIOUX FALLS, SD 57117 | | | | | |
| | CITI PO BOX 6241 SIOUX FALLS, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Services P.O. Box 15153 Wilmington, DE 19850-5298 | | | | | |
| | Chase Cardmember Services P.O. Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Chase P.O. Box 9001020 Louisville, KY 40290-1020 | | | | | |
| | DISCOVER FIN SVCS LLC PO BOX 15316 WILMINGTON, DE 19850 | | | | | |
| | DISCOVER FIN SVCS LLC PO BOX 15316 WILMINGTON, DE 19850 | | | | | |
| | Fifth Third Bank MD1M0C2G-4050 38 Foutain Square Plaza Cincinnati, OH 45263 | | | | | |
| | Fifth Third Bank P.O. Box 630337 Cincinnati, OH 45263-0337 | | | | | |
| | HSBC/NEIMN PO BOX 15221 WILMINGTON, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CHASE BANK USA NA | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000004 | FIFTH THIRD BANK | | | | | |
| 000008 | FIFTH THIRD BANK | | | | | |
| 000003A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-30959 | JBS | Judge: JACK B SCHMETTERER | | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | MEIDINGER, EILEEN | | | | Date Filed (f) or Converted (c): | 07/29/11 (f) |
| | | | | | 341(a) Meeting Date: | 08/25/11 |
| For Period Ending: | 05/29/12 | | | | Claims Bar Date: | 11/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 4204 Clausen Avenue, Western Springs, IL | 330,000.00 | 0.00 | | 0.00 | FA | 420,000.00 | 15,000.00 |
| 2. Savings Account with Fidelity | 10.00 | 0.00 | | 0.00 | FA | 0.00 | 10.00 |
| 3. Checking with 1st National Bank of LaGrange | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 4. Used household goods, electronics, furnishings | 900.00 | 0.00 | | 0.00 | FA | 0.00 | 900.00 |
| 5. Necessary Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 6. 401(k) Funds | 700.00 | 0.00 | | 0.00 | FA | 0.00 | 700.00 |
| 7. Meidinger Consultants, Inc. Consulting 1998 Shut Down | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. 2001 BMW X5 - 85,000 miles | 5,000.00 | 3,500.00 | | 3,500.00 | FA | 0.00 | 1,500.00 |
| 9. Compuer, supplies used in business | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.21 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $337,210.00 | $3,500.00 | | $3,500.21 | $0.00 | $420,000.00 | $18,710.00 |
| --- | --- | --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1EX

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 16.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 11-30959  JBS  Judge: JACK B SCHMETTERER | Trustee Name: CATHERINE STEEGE |
| Case Name: MEIDINGER, EILEEN | Date Filed (f) or Converted (c): 07/29/11 (f) |
| | 341(a) Meeting Date: 08/25/11 |
| | Claims Bar Date: 11/25/11 |

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 03/30/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-30959 -JBS | | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- | --- |
| Case Name: | MEIDINGER, EILEEN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3886 BofA - Checking Account |
| Taxpayer ID No: | *******5402 | | | |
| For Period Ending: | 05/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/06/12 | | Transfer from Acct #*******3802 | Bank Funds Transfer | 9999-000 | 2.90 | | 2.90 |
| 02/06/12 | 003001 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST. NEW ORLEANS, LA 70139 | Bond # 016026455 | 2300-000 | | 2.90 | 0.00 |
| 03/29/12 | | Transfer from Acct #*******3802 | Transfer In From MMA Account | 9999-000 | 3,479.67 | | 3,479.67 |
| 03/29/12 | 003002 | CATHERINE STEEGE JENNER & BLOCK 353 N. Clark Street CHICAGO, IL 60654-3456 | Chapter 7 Compensation/Fees | 2100-000 | | 875.04 | 2,604.63 |
| 03/29/12 | 003003 | Internal Revenue Service Attn: Bankruptcy Department P.O. Box 7346 Philadelphia, PA 19101-7346 | FINAL DISTRIBUTION - Claim 000003B | 5800-000 | | 2,604.63 | 0.00 |

Page Subtotals      3,482.57      3,482.57

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

| Case No: | 11-30959 -JBS | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- |
| Case Name: | MEIDINGER, EILEEN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3886  BofA - Checking Account |
| Taxpayer ID No: | *******5402 | | |
| For Period Ending: | 05/29/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 3,482.57 | 3,482.57 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 3,482.57 | 0.00 | |
| | | | Subtotal | | 0.00 | 3,482.57 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 3,482.57 | |

Page Subtotals    0.00    0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-30959 -JBS | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | MEIDINGER, EILEEN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3802 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5402 | | | |
| For Period Ending: | 05/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/26/11 | 8 | Eileen D. Meidinger<br>4204 Clausen<br>Western Springs, IL 60558 | | 1129-000 | 3,500.00 | | 3,500.00 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,500.03 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,500.06 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.46 | 3,495.60 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,495.63 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.31 | 3,491.32 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,491.35 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.30 | 3,487.05 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,487.08 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.57 | 3,482.51 |
| 02/06/12 | | Transfer to Acct #*******3886 | Bank Funds Transfer | 9999-000 | | 2.90 | 3,479.61 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,479.64 |
| 03/29/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 3,479.67 |

Page Subtotals 3,500.21 20.54

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-30959 -JBS | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | MEIDINGER, EILEEN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3802 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5402 | | | |
| For Period Ending: | 05/29/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/29/12 | | Transfer to Acct #*******3886 | Final Posting Transfer | 9999-000 | | 3,479.67 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,500.21 | 3,500.21 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 3,482.57 | |
| Subtotal | 3,500.21 | 17.64 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,500.21 | 17.64 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Checking Account - ********3886 | 0.00 | 3,482.57 | 0.00 |
| Money Market Account (Interest Earn - ********3802 | 3,500.21 | 17.64 | 0.00 |
| | 3,500.21 | 3,500.21 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        3,479.67

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*